# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03083-JLK

MARNIA WILSON and JACOB ATES,

    Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER FOR STAY

Kane, J.

    Because Plaintiffs in this case would be eligible class members in a potential class action regarding TGSLI claims pending before Senior District Judge Matsch in *Stringer v. USA*, 11-cv-2684, this matter shall be STAYED until such time as Judge Matsch decides whether to certify a class.

DATED:    July 10, 2013        BY THE COURT:
                                              *s/John L. Kane*
                                              John L. Kane, U.S. Senior District Judge