# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03083-JLK

MARNIA WILSON and JACOB ATES,

    Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

## Regarding Order for Stay

Kane, J.

    Based on my reading of the *Stringer* class certification hearing transcript, Doc. 62 in 1:11-cv-02584, though Judge Matsch declined to certify a class at the time of the hearing, he left open the option of future certification. Rather than foreclosing a ruling that this matter is appropriate to proceed as a class action, the transcript indicates that the purpose of designating two test plaintiffs is to provide Judge Matsch with more evidence that may ultimately persuade him to certify a class. I express no opinion whether I think Judge Matsch will or should certify; I am merely staying the above captioned matter until such a time as the prospect of certification at a later date becomes clear.

DATED:     July 11, 2013                   BY THE COURT:
                                                  *s/John L. Kane*
                                                  John L. Kane, U.S. Senior District Judge