# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03083-JLK

JACOB ATES,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER ON MOTION FOR VOLUNTARY DISMISSAL

Kane, J.

The COURT, having reviewed Plaintiff Jacob Ates' Motion for Voluntary Dismissal and being apprised of the premises therein, hereby GRANTS the motion. Plaintiff Jacob Ates' claims against the United States of America are hereby dismissed without prejudice. The Clerk of Court is directed to close this case.

DATED:   November 21, 2014          BY THE COURT:

                                                                *s/John L. Kane*
                                                         John L. Kane, U.S. Senior District Judge